UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Richard Arjun Kaul**

        Plaintiff

V.

CIVIL ACTION

NO. 21-10326-ADB

**Boston Partners, Inc et al**

        Defendant

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Memorandum and Order dated July 30, 2021 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                              By the Court,

7/30/2021                            /s/ Christina McDonagh
   Date                                 Deputy Clerk